# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

REBECCA GARCIA

                Plaintiff(s),

      v.

THE ROMAN CATHOLIC BISHOP OF SAN JOSE

                Defendant(s).
_____/

CASE NO. C09-05916 JW

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   ✓   Private ADR *(please identify process and provider)*   Mediation - The parties are discussing mediators and may use Judge Silver (ret.) of JAMS.

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ✓   other requested deadline   July 15, 2010

Dated: 4/7/2010

                                        Attorney for Plaintiff

Dated: 4/8/2010

                                        Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
  X Private ADR

Deadline for ADR session
    90 days from the date of this order.
  X other July 15, 2100

IT IS SO ORDERED.

Dated: April 15, 2010

_____
UNITED STATES DISTRICT JUDGE