IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rebecca Garcia, | NO. C 09-05916 JW |
|     Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| The Roman Catholic Bishop of San Jose, et al., | |
|     Defendants. | |

This case is scheduled for a Case Management Conference on January 31, 2011. On January 24, 2011, the parties filed a Preliminary Pretrial Conference Statement[1] requesting a waiver of the Conference and indicating that the parties have reached a settlement.[2] Based on the parties' representation, the Court finds good cause to continue the Conference.

Accordingly, the Court CONTINUES the Case Management Conference to **March 21, 2011 at 10 a.m.** On or before **March 11, 2011**, the parties shall file either a Stipulated Dismissal or Joint Preliminary Pretrial Conference Statement that provides the Court with a proposed schedule as to how this case should proceed.

Dated: January 27, 2011

JAMES WARE
United States District Chief Judge

---

[1] The Court notes that the parties' Statement is untimely and was not filed electronically in contravention of Local Rule 5-4 and General Order 45. (See Docket Item Nos. 16, 20.)

[2] (Preliminary Pretrial Conference Statement at 2, Docket Item No. 19.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dawna Jeanne Cilluffo dawna@dclawcorp.com
Eric C Bellafronto ebellafronto@littler.com

**Dated:  January 27, 2011**                                              **Richard W. Wieking, Clerk**

                                         **By:    /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California