1  DAWNA JEANNE CILLUFFO, Bar No 231219
   DC LAW, Dawna J. Cilluffo, APC
2  2005 De La Cruz Blvd., Suite 215
3  Santa Clara, Ca 95050
   Telephone:     (408) 988-7946
4  Facsimile:     (408) 988-7949

5  Attorneys for Plaintiff
   REBECCA GARCIA
6

7  ERIC C. BELLAFRONTO, Esq. Bar No. 162102
   Little Mendelson, APC
8  50 W. San Fernando, 15th Floor
   San Jose, CA 95113
9  Telephone:     (408) 998-4150
   Facsimile:     (408) 288-5686
10

11 Attorney for Defendants
   THE ROMAN CATHOLIC BISHOP OF SAN
12 JOSE, WILLIAM SOUSAE AND HORACIO
   BELTRAN
13

**FILED**
FEB 25 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware
3/3/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REBECCA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC BISHOP OF SAN JOSE, a California Nonprofit Corporation; WILLIAM SOUSAE, an individual; HORACIO BELTRAN, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C09-05916 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |

(CASE NO. C09-05916 JW )                                STIPULATION OF DISMISSAL

1     IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41(a)(1), each party to bear its own fees and costs. The Clerk shall close this file.

Dated: February 23, 2011

_____
DAWNA JEANNE CILLUFFO
DC Law, APC
Attorneys for Plaintiff
REBECCA GARCIA

Dated: February 23, 2011

_____
ERIC C. BELLAFRONTO
Littler Mendelson, LLC
Attorney for Defendants
THE ROMAN CATHOLIC BISHOP OF SAN JOSE, WILLIAM SOUSAE AND HORACIO BELTRAN

Firmwide:100348045.1 005587.1016

(CASE NO. C09-05916 JW)      2.      STIPULATION OF DISMISSAL